AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rucker, Shelley D. | United States Bankruptcy Court, E.D. Tenn. | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Historic U.S. Courthourse, Second Floor
31 E. 11th Street
Chattanooga, Tennessee 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | National Conference of Bankrupty Judges (Fees for Newsletter Layout Work) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 29-November 2, 2019 | Washington, D.C. | Attendance at annual meeting | Hotel and Airfare |
| 2. | MidSouth Commercial Law Institute | December 12-13, 2019 | Nashville, TN | Teaching at seminar | Hotel, Meals, Conference Registration |
| 3. | Federal Judicial Center | July 7-10, 2019 | New York, New York | Attendance at Program | Hotel, Meals and Airfare |
| 4. | Tennessee Bar Association | April 5-7, 2019 | Gatlinburg, TN | Teaching at annual bankruptcy forum | Hotel, Meals and Mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Suntrust Bank Accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Fidelity Rollover IRA #1 | | | | | | | | | |
| 4. -Fidelity Freedom 2010 Fund (FFFCX)# | D | Dividend | M | T | | | | | |
| 5. -Fidelity Freedom 2030 Fund (FFFEX)# | D | Dividend | L | T | Buy<br>(add'l) | 04/15/19 | K | | |
| 6. | | | | | Buy<br>(add'l) | 06/11/19 | K | | |
| 7. | | | | | Sold<br>(part) | 08/28/19 | L | E | |
| 8. -Fidelity Freedome 2040 (FFFFX)# | D | Dividend | L | T | Buy<br>(add'l) | 03/04/19 | K | | |
| 9. | | | | | Sold<br>(part) | 08/28/19 | L | | |
| 10. | | | | | Buy<br>(add'l) | 10/24/19 | K | | |
| 11. -Fidelity Freedom Select Medical<br>Technology (FSMEX) | A | Dividend | K | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 12. | | | | | Sold<br>(part) | 08/28/19 | K | D | |
| 13. -Apple Inc. Common Stock | B | Dividend | L | T | Sold<br>(part) | 06/20/19 | K | D | |
| 14. | | | | | Sold<br>(part) | 07/03/19 | K | D | |
| 15. | | | | | Buy<br>(add'l) | 08/02/19 | K | | |
| 16. | | | | | Sold<br>(part) | 12/20/19 | K | E | |
| 17. | | | | | Sold<br>(part) | 12/31/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Walt Disney Co. Common Stock | A | Dividend | L | T | | | | | |
| 19. | | | | | Spinoff (from line 23) | 03/20/19 | J | | |
| 20. | | | | | Buy (add'l) | 06/12/19 | K | | |
| 21. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 22. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 23.   Twenty-first Century Fox | | None | | | Redeemed | 03/20/19 | J | | |
| 24.   Fox Corp. | A | Dividend | | | Spinoff (from line 23) | 03/20/19 | J | | |
| 25. | | | | | Sold | 05/24/19 | J | | |
| 26.   CVS Health | A | Dividend | K | T | Buy | 08/12/19 | J | | |
| 27. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 28. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 29.   Roku | | None | | | Buy | 08/12/19 | J | | |
| 30. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 31. | | | | | Buy (add'l) | 09/03/19 | K | | |
| 32. | | | | | Sold (part) | 09/24/19 | K | | |
| 33. | | | | | Sold (part) | 10/17/19 | J | | |
| 34. | | | | | Sold | 11/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Core money market account | C | Interest | N | T | Distributed (part) | 01/28/19 | K | | |
| 36. | | | | | Merged (with line 8) | 03/04/19 | K | | |
| 37. | | | | | Merged (with line 11) | 03/04/19 | J | | |
| 38. | | | | | Merged (with line 5) | 04/15/19 | K | | |
| 39. | | | | | Spinoff (from line 25) | 05/24/19 | J | | |
| 40. | | | | | Merged (with line 6) | 06/11/19 | K | | |
| 41. | | | | | Merged (with line 20) | 06/12/19 | K | | |
| 42. | | | | | Merged (with line 21) | 06/14/19 | J | | |
| 43. | | | | | Spinoff (from line 13) | 06/20/19 | K | | |
| 44. | | | | | Spinoff (from line 14) | 07/03/19 | K | | |
| 45. | | | | | Merged (with line 15) | 08/02/19 | K | | |
| 46. | | | | | Merged (with line 26) | 08/12/19 | J | | |
| 47. | | | | | Merged (with line 29) | 08/12/19 | J | | |
| 48. | | | | | Merged (with line 27) | 08/27/19 | J | | |
| 49. | | | | | Merged (with line 30) | 08/27/19 | J | | |
| 50. | | | | | Spinoff (from line 7) | 08/28/19 | L | | |
| 51. | | | | | Spinoff (from line 9) | 08/28/19 | L | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Merged (with line 31) | 09/03/19 | K | | |
| 53. | | | | | Spinoff (from line 32) | 09/24/19 | K | | |
| 54. | | | | | Merged (with line 10) | 10/24/19 | L | | |
| 55. | | | | | Spinoff (from line 33) | 10/17/19 | J | | |
| 56. | | | | | Spinoff (from line 14) | 11/18/19 | J | | |
| 57. | | | | | Merged (with line 28) | 11/20/19 | J | | |
| 58. | | | | | Merged (with line 22) | 11/20/19 | J | | |
| 59. | | | | | Spinoff (from line 16) | 12/20/19 | K | | |
| 60. | | | | | Spinoff (from line 17) | 12/31/19 | K | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. -Fidelity Roth IRA #1 Core Money Market Account | A | Interest | J | T | | | | | |
| 65. Northwest Mutual Insurance Co.Whole Life Policy | B | Dividend | L | T | | | | | |
| 66. Massachusetts Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 67. Girls Preparatory School 401(a) Plan TIAA CREF | | | | | | | | | |
| 68. -Payout Annuity -TIAA Traditional | A | Interest | J | T | Distributed (part) | 09/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Girls Preparatory School 403(b) Plan TIAA CREF - | | | | | | | | | |
| 70. | -Payout Annuity TIAA Traditional | A | Interest | J | T | Distributed (part) | 09/04/19 | J | | |
| 71. | Optum Health Savings Account | A | Interest | K | T | Buy (add'l) | 12/19/19 | J | | |
| 72. | AXA Universal Life Insurance Policy | A | Interest | J | T | | | | | |
| 73. | Fidelity Rollover IRA #2 | | | | | | | | | |
| 74. | -Apple Inc. Common Stock | B | Dividend | | | Buy (add'l) | 01/07/19 | K | | |
| 75. | | | | | | Sold (part) | 03/25/19 | K | D | |
| 76. | | | | | | Sold (part) | 05/03/19 | L | D | |
| 77. | | | | | | Buy (add'l) | 05/09/19 | M | | |
| 78. | | | | | | Sold (part) | 06/20/19 | L | A | |
| 79. | | | | | | Sold (part) | 07/17/19 | K | A | |
| 80. | | | | | | Sold (part) | 08/02/19 | L | C | |
| 81. | | | | | | Buy (add'l) | 08/06/19 | M | | |
| 82. | | | | | | Buy (add'l) | 08/07/19 | K | | |
| 83. | | | | | | Buy (add'l) | 08/07/19 | L | | |
| 84. | | | | | | Sold (part) | 08/15/19 | M | C | |
| 85. | | | | | | Sold | 08/22/19 | M | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | **Rucker, Shelley D.** | | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy | 08/27/19 | M | | |
| 87. | | | | | Sold | 09/09/19 | M | C | |
| 88.　Netflix | | None | | | Sold<br>(part) | 01/07/19 | J | | |
| 89. | | | | | Sold | 04/15/19 | K | | |
| 90.　Caesar's Entertainment | | None | | | Sold | 07/03/19 | L | A | |
| 91.　ROKU | | None | L | T | Buy | 08/15/19 | L | | |
| 92. | | | | | Buy<br>(add'l) | 08/16/19 | L | | |
| 93. | | | | | Sold<br>(part) | 08/22/19 | L | A | |
| 94. | | | | | Sold | 08/27/19 | L | C | |
| 95. | | | | | Buy | 09/13/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 09/13/19 | L | | |
| 97. | | | | | Sold | 09/19/19 | L | B | |
| 98. | | | | | Buy | 09/26/19 | K | | |
| 99. | | | | | Sold | 10/07/19 | K | B | |
| 100. | | | | | Buy | 10/28/19 | J | | |
| 101. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 102. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 104. | | | | | Buy (add'l) | 10/28/19 | K | | |
| 105. | | | | | Sold | 10/30/19 | L | D | |
| 106. | | | | | Buy | 11/08/19 | L | | |
| 107. | | | | | Buy (add'l) | 11/12/19 | L | | |
| 108. | | | | | Sold (part) | 11/14/19 | L | D | |
| 109. | | | | | Sold | 11/14/19 | L | C | |
| 110. | | | | | Buy | 12/04/19 | M | | |
| 111. | | | | | Sold (part) | 12/04/19 | L | B | |
| 112. | | | | | Sold (part) | 12/04/19 | L | B | |
| 113. | | | | | Sold | 12/04/19 | J | A | |
| 114. | | | | | Buy | 12/31/19 | L | | |
| 115. AMC Entertainment | A | Dividend | | | Buy | 09/05/19 | J | | |
| 116. | | | | | Sold (part) | 09/13/19 | J | A | |
| 117. | | | | | Sold | 09/20/19 | J | A | |
| 118. Lyft | | None | | | Buy | 09/09/19 | J | | |
| 119. | | | | | Buy (add'l) | 09/09/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 09/18/19 | J | B | |
| 121.  Delta Airlines | A | Dividend | | | Buy | 10/07/19 | L | | |
| 122. | | | | | Sold | 12/05/19 | L | B | |
| 123.  Home Depot | A | Dividend | L | T | Buy | 12/05/19 | L | | |
| 124.  Fidelity CORE Account - BNY Mellon<br>Insured Deposit | A | Int./Div. | L | T | Merged<br>(with line 74) | 01/07/19 | K | | |
| 125. | | | | | Spinoff<br>(from line 88) | 01/07/19 | J | | |
| 126. | | | | | Spinoff<br>(from line 75) | 03/25/19 | K | | |
| 127. | | | | | Spinoff<br>(from line 89) | 04/15/19 | K | | |
| 128. | | | | | Spinoff<br>(from line 76) | 05/03/19 | K | | |
| 129. | | | | | Merged<br>(with line 77) | 05/09/19 | M | | |
| 130. | | | | | Distributed<br>(part) | 06/12/19 | K | | |
| 131. | | | | | Distributed<br>(part) | 06/12/19 | J | | |
| 132. | | | | | Spinoff<br>(from line 78) | 06/20/19 | L | | |
| 133. | | | | | Spinoff<br>(from line 90) | 07/03/19 | L | | |
| 134. | | | | | Spinoff<br>(from line 79) | 07/17/19 | K | | |
| 135. | | | | | Spinoff<br>(from line 80) | 08/02/19 | L | | |
| 136. | | | | | Merged<br>(with line 81) | 08/06/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Merged<br>(with line 82) | 08/07/19 | K | | |
| 138. | | | | | Merged<br>(with line 83) | 08/07/19 | L | | |
| 139. | | | | | Spinoff<br>(from line 84) | 08/15/19 | M | | |
| 140. | | | | | Merged<br>(with line 91) | 08/15/19 | L | | |
| 141. | | | | | Merged<br>(with line 92) | 08/16/19 | L | | |
| 142. | | | | | Distributed<br>(part) | 08/21/19 | J | | |
| 143. | | | | | Spinoff<br>(from line 85) | 08/22/19 | M | | |
| 144. | | | | | Spinoff<br>(from line 93) | 08/22/19 | L | | |
| 145. | | | | | Distributed<br>(part) | 08/26/19 | J | | |
| 146. | | | | | Merged<br>(with line 86) | 08/27/19 | M | | |
| 147. | | | | | Spinoff<br>(from line 94) | 08/27/19 | L | | |
| 148. | | | | | Merged<br>(with line 115) | 09/05/19 | J | | |
| 149. | | | | | Spinoff<br>(from line 87) | 09/09/19 | M | | |
| 150. | | | | | Merged<br>(with line 118) | 09/09/19 | J | | |
| 151. | | | | | Merged<br>(with line 119) | 09/09/19 | K | | |
| 152. | | | | | Spinoff<br>(from line 116) | 09/13/19 | J | | |
| 153. | | | | | Merged<br>(with line 95) | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Merged (with line 96) | 09/13/19 | L | | |
| 155. | | | | | Spinoff (from line 120) | 09/18/19 | K | | |
| 156. | | | | | Spinoff (from line 97) | 09/19/19 | L | | |
| 157. | | | | | Spinoff (from line 117) | 09/20/19 | J | | |
| 158. | | | | | Merged (with line 98) | 09/26/19 | K | | |
| 159. | | | | | Merged (with line 121) | 10/07/19 | L | | |
| 160. | | | | | Spinoff (from line 99) | 10/07/19 | K | | |
| 161. | | | | | Distributed (part) | 10/16/19 | K | | |
| 162. | | | | | Distributed (part) | 10/17/19 | J | | |
| 163. | | | | | Merged (with line 100) | 10/28/19 | J | | |
| 164. | | | | | Merged (with line 101) | 10/28/19 | J | | |
| 165. | | | | | Merged (with line 102) | 10/28/19 | J | | |
| 166. | | | | | Merged (with line 103) | 10/28/19 | J | | |
| 167. | | | | | Merged (with line 104) | 10/28/19 | K | | |
| 168. | | | | | Spinoff (from line 105) | 10/30/19 | L | | |
| 169. | | | | | Merged (with line 106) | 11/08/19 | L | | |
| 170. | | | | | Merged (with line 107) | 11/12/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Spinoff (from line 108) | 11/14/19 | L | | |
| 172. | | | | | Spinoff (from line 109) | 11/14/19 | L | | |
| 173. | | | | | Distributed (part) | 12/02/19 | K | | |
| 174. | | | | | Distributed (part) | 12/02/19 | K | | |
| 175. | | | | | Merged (with line 110) | 12/04/19 | M | | |
| 176. | | | | | Spinoff (from line 111) | 12/04/19 | L | | |
| 177. | | | | | Spinoff (from line 112) | 12/04/19 | L | | |
| 178. | | | | | Spinoff (from line 113) | 12/04/19 | J | | |
| 179. | | | | | Spinoff (from line 122) | 12/05/19 | L | | |
| 180. | | | | | Merged (with line 123) | 12/05/19 | L | | |
| 181. | | | | | Merged (with line 114) | 12/31/19 | L | | |
| 182. Fidelity Roth IRA #2 | | | | | | | | | |
| 183. General Electric | | None | | | Buy | 08/19/19 | J | | |
| 184. | | | | | Sold | 08/23/19 | J | A | |
| 185. Home Depot | A | Dividend | L | T | Buy | 12/05/19 | L | | |
| 186. Fidelity Government Money Market | A | Interest | J | T | Open | 06/18/19 | K | | |
| 187. | | | | | Merged (with line 183) | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Spinoff<br>(from line 184) | 08/23/19 | J | | |
| 189. | | | | | Buy<br>(add'l) | 10/16/19 | K | | |
| 190. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |
| 191. | | | | | Merged<br>(with line 185) | 12/05/19 | L | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 3- 12 Fidelity statements regarding the 2010, 2030 and 2040 Funds and the Medical Technology Fund indicated that short term and long term gains were earned onthe accounts and were reinvested in units of those funds respectively. These gains are included in year end values. These transactions were part of the management of the fund and I have no futher details on what particular transaction within the funds produced the gains. The dividend and or interest income from these funds that was reflected on statements is shown in column B on lines 3-12.

Line 23 Twenty-First Century Fox merged with Disney. Shares were tendered to the company inconsideration for shares of Fox Corp and Disney. Those additional shares are reflected in line 24 and line 19 respectively.

Lines 65, 66 and 72 Values are cash surrender values.

Lines 68 and 70 Both the 401(a) TIAA CREF Plan and 403(b) Plans were converted to Payout Annuities invested in TIAA Traditional Funds. The second of the annual payments were distributed to participant. The remaining funds remain invested in TIAA Traditional.

Line 71 Additional contribution was made to HSA account.

Line 124 Audit program requested that "part" be added since only a portion of the funds were used to purchase the Apple common stock on that date. Columns B and C were completed because the asset was owned at the end of the period. There was no "part" option for "merge."

Line 130 Distribution used to open Fidelity Roth #2

Line 161 Funds from Fidelity IRA #2 were converted and rolled over to Fidelity Roth #2 on line 189. Line 190 reflects an additional coversion from the IRA to Roth #2 from the distibution shown on line 173 .

| Name of Person Reporting | Date of Report |
|---|---|
| **Rucker, Shelley D.** | 05/12/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Shelley D. Rucker**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544